IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY F. MARIN and BRENDA MARIN | § § § | PLAINTIFFS |
| v. | § § | CAUSE NO. 1:07cv1171 LG-RHW |
| MCKAY SIMPSON LAWLER FRANKLIN & FOREMAN, PLLC and JOHN AND JANE DOES | § § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion to Dismiss, the Court, after a full review and consideration of the Defendant's unopposed motion and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Judgment is rendered in favor of the Defendant. Plaintiffs' claims against the Defendant are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of June, 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge